IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Atlantic Mutual Insurance Company, | CIVIL ACTION NO. JUDGE KOELTL |
| Plaintiff, | 07 CV 2910 |
| v. | |
| Universal Underwriters Insurance Company, | |
| Defendant. | |



## DISCLOSURE STATEMENT

AND NOW, come Defendants, Universal Underwriters Insurance Company, by and through their attorneys, Cartafalsa, Slattery, Turpin & Lenoff, and file this Disclosure Statement.

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Universal Underwriters Insurance Company, in the above-captioned action, certifies that the following are parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public:

Universal Underwriters Insurance Company is wholly owned by Zurich American Insurance Company, which is wholly owned by Zurich Holding Company of America, which is wholly owned by Zurich Insurance Company, which is publicly traded in Europe.

Respectfully submitted,

Cartafalsa, Slattery, Turpin & Lenoff

By: _____
Clara Villarreal

New York ID # _____4263_____
165 Broadway, 28th Floor
New York, NY  10006
(212) 225-7730
*Attorneys for Defendant, Universal Underwriters Insurance Company*