UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, | CIVIL ACTION #: 07-CV-2910 (JGK) |
| Plaintiff, | **STIPULATION** |
| v. | |
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

-----------------------------------------------------------

IT IS HEREBY STIPULATED and agreed by and between the undersigned attorneys for Plaintiff Atlantic Mutual Insurance Company and Defendant, Universal Underwriters Insurance Company that at Universal Underwriters's request the due date for the filing of a responsive pleading by Universal Underwriters is extended to May 16, 2007. The parties further represent that no such prior extensions have been granted.

Dated: New York, New York
       April 17, 2007

_____          _____
David M. Pollack (6143)               Clara Villarrea (4263)
MELITO & ADOLFSEN P.C.                CARTAFALSA, SLATTERY, TURPIN
*Attorneys for Atlantic Mutual*       & LENOFF
233 Broadway, 28th Floor              *Attorneys for Universal Underwriters*
New York, NY 10279                    165 Broadway, 28th Floor
(212) 238-8900                        New York, NY 10006
                                      (212) 225-7730


                                              S O  O R D E R E D:

                                              _____
                                                        U.S.D.J.

M&A/53919