05/15/2007 18:08   212-238-8999   MELITO&ADOLFSEN   PAGE 02/03

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Atlantic Mutual Insurance Company, | CIVIL ACTION NO. 07cv2910 (JGK) |
| Plaintiff, | |
| v. | |
| Universal Underwriters Insurance Company, | |
| Defendant. | |

## STIPULATION

AND NOW, comes the Plaintiff, Atlantic Mutual Insurance Company, and Defendant, Universal Underwriters Insurance Company, by and through their undersigned counsel, and hereby stipulate and agree that the due date for the filing of a responsive pleading by Universal Underwriters Insurance Company, originally due on April 16, 2007, is hereby extended to May 31, 2007.

The parties previously entered into a Stipulation extending the period of time to file a responsive pleading to May 16, 2007. All parties consent to the within Stipulation. The Stipulation does not affect any Scheduling Orders.

IT IS HEREBY ORDERED.

MELITO & ADOLFSEN

_____
David M. Pollack, Esquire
New York I.D. # 6143

233 Broadway, 28th Floor
New York, NY 10279

CARTAFALSA, SLATTERY, TURPIN & LENOFF

_____
Clara Villarreal
New York I.D. # 4263

165 Broadway, 28th Floor
New York, NY 10006
(212) 225-7730

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the within Stipulation was delivered via U.S. Mail, postage prepaid, on May 18th, 2007 to counsel of record as follows:

> David M. Pollack, Esquire
> Melito & Adolfsen
> 233 Broadway, 28th Floor
> New York, NY 10279
>
> *(Counsel for Plaintiff)*

_____
Clara Villarreal