EXHIBIT A



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Robert Eugene Dapper, Jr., Esq.

#### DATE OF ADMISSION

#### November 6, 1986

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 8, 2007

John A. Vaskov
Deputy Prothonotary

# EXHIBIT B

STATE OF WEST VIRGINIA

    I, Rory L. Perry II, Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Robert E. Dapper, Jr. of Pittsburgh, Pennsylvania, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest Court of this State, on the 2nd day of June 1987, that he is an attorney in good standing in said Court and is currently on active status, and that his private and professional characters are good.

    Given under my hand and the seal of said Court, at Charleston, West Virginia, this 15th day of May, 2007, and in the 144th year of the State.



_____
Clerk, Supreme Court of Appeals of West Virginia