**EXHIBIT C**



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Douglas J. Stipanovich, Esq.*

DATE OF ADMISSION

*October 22, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 8, 2007

John A. Vaskov
Deputy Prothonotary

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the within Motion For Admission *Pro Hac Vice* was delivered via U.S. Mail, postage prepaid, on May 25, 2007 to counsel of record as follows:

> David M. Pollack, Esquire
> Melito & Adolfsen
> 233 Broadway, 28th Floor
> New York, NY 10279
>
> *(Counsel for Plaintiff)*

/s/ Clara Villarreal
Clara Villarreal

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Atlantic Mutual Insurance Company,          CIVIL ACTION NO. 07cv2910 (JGK)

    Plaintiff,

v.

Universal Underwriters Insurance
Company,

    Defendant.

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2007, upon consideration of the foregoing Motion, it is hereby ORDERED, ADJUDGED, and DECREED that Robert E. Dapper, Jr. and Douglas J. Stipanovich are Admitted, *Pro Hac Vice*, to appear on behalf of Defendant in the above-captioned matter.

BY THE COURT

_____ J.