USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC MUTUAL INSURANCE COMPANY,   CIVIL ACTION #: 07-CV-2910 (JGK)

           Plaintiff,   NOTICE OF DISCONTINUANCE
                                             **PURSUANT TO FRCP RULE 41**

-against-

UNIVERSAL UNDERWRITERS INSURANCE
COMPANY,

           Defendant.

**PLEASE TAKE NOTICE**, that, the above-named plaintiff hereby discontinues the above-entitled action against the above-named defendant, without prejudice, pursuant to FRCP Rule 41(a)(1)(i), as of this date, without costs to any party as against the other, whereas this notice is being filed before service by the above-named defendant of an answer or of a motion for summary judgment.

Dated: New York, New York
       June 5, 2007

                                        MELITO & ADOLFSEN, P.C.

                    By:   _____
                             Steven G Adams, Esq. (SA 4202)
                             Attorneys for Atlantic Mutual
                             233 Broadway, 28th Floor
                             New York, New York 10279
                             (212) 238-8900

To:   Cartafalsa, Slattery, Turpin & Lenoff
      *Attorneys for Universal Underwriters*
      165 Broadway, 28th Floor
      New York, NY 10006
      (212) 225-7730

                                        **SO ORDERED:**

                                        _____
55485                                 U.S.D.J.

6/13/07